360 A.2d 663

COMMONWEALTH

v.

MILLER, Appellant.

Submitted February 2, 1976.   Edward F. Browne, Jr., Assistant Public Defender, and Theodore S. Danforth, Public Defender, for appellant; Ronald L. Buckwalter, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below and appellant is given permission to file post-verdict motions *nunc pro tunc* within thirty (30) days of this order.   See Pa.R.Crim.P. 1123.

361 A.2d 741

COMMONWEALTH

v.

MILLER, Appellant.

Submitted March 1, 1976. Robert Bruce Evanick and Hugh S. Rebert, for appellant; Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

359 A.2d 921

COMMONWEALTH

v.

MILTON, Appellant.

Submitted April 12, 1976. John R. Cook, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

361 A.2d 420

COMMONWEALTH

v.

MOFFITT, Appellant.

Submitted March 1,